IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01449-WDM-CBS

MONARCH CAPITAL CORPORATION, et al.,

    Plaintiffs,

v.

THE COLORADO COLLECTION AGENCY BOARD, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion to set date is a motion for extension of time, and as such, is granted. The time to respond to the motion to dismiss and reply to the motion for preliminary injunction is extended to October 26, 2005.

Dated: September 30, 2005

                                                  /s/ Jane Trexler, Secretary/Deputy Clerk