IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01449-WDM-CBS

MONARCH CAPITAL CORPORATION,
a Maryland corporation,
COLONIAL CREDIT CORPORATION,
a Maryland corporation, and
GREAT SENECA FINANCIAL CORPORATION,
a Maryland corporation,

      Plaintiffs,

v.

THE COLORADO COLLECTION AGENCY BOARD,
Laura Udis, Administrator, and
LAURA UDIS, in her individual capacity, as Administrator,
Uniform Consumer Credit Code,

      Defendants.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

     It is hereby **ORDERED** that Plaintiffs' Motion to Amend Caption (filed September 29, 2005; *doc. no. 20*) is **GRANTED**. Accordingly, the case caption is modified as reflected above.

**DATED:**     October 3, 2005