IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01449-WDM-CBS

MONARCH CAPITAL CORPORATION, et al.,

     Plaintiffs,

v.

LAURA UDIS, et al.,

     Defendants.

---

## NOTICE OF DISMISSAL of MARIO G. DE LA VICTORIA ONLY

---

The court takes judicial notice that the parties have filed a Stipulation to Dismiss Defendant DeLa Victoria in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the complaint is dismissed without prejudice as to Mario G. De La Victoria only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on May 25, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL